# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:96-CR-123-GCM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CALVIN MISENHEIMER (3) ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the pro se Motion for Early Termination of Supervised Release [doc. # 262]. The Court has insufficient evidence to grant the motion at this time. Therefore, the motion is **DENIED.** The Defendant may file another motion for early termination in six months.

**IT IS SO ORDERED.**

Signed: March 16, 2018

Graham C. Mullen
United States District Judge