# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:96-CR-123-003

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **CALVIN MISENHEIMER (3)** | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT on the *pro se* Motion for Early Termination of Supervised Release [doc. # 264] filed on July 3, 2019. For cause shown, the motion is **GRANTED** effective the date of the signing of this Order.

IT IS SO ORDERED.

Signed: July 9, 2019

Graham C. Mullen
United States District Judge